

No. 11–0495/AR. U.S. v. Brandon K. Price. CCA 20100382. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals and Appellant's supplement to the petition, it is ordered that Appellee shall file an answer to the supplement within 20 days of the date of this order. Appellant may file a reply with 5 days of the answer.

No. 11–0559/NA. U.S. v. Jordan J. Escochea–Sanchez. CCA 201000093. On consideration of Appellant's motion for leave to file a second petition for reconsideration out of time and Appellant's second petition for reconsideration, it is ordered that said motion is hereby denied and said petition is denied as moot.